```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 18460
   ROBERT A PATTERSON
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-1044


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
   The case was filed on 12/11/2007 and was not confirmed.

   The case was dismissed without confirmation 06/16/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                          PAID            PAID
--------------------------------------------------------------------------------
JAY A STEINBERG           ADMINISTRATIV   NOT FILED            .00              .00
AMERICAN GENERAL FINANCE  UNSECURED          5942.42           .00              .00
AMERICAN GENERAL FINANCE  NOTICE ONLY     NOT FILED            .00              .00
AMGNL                     NOTICE ONLY     NOT FILED            .00              .00
ZENITH ACQUISITION        UNSECURED       NOT FILED            .00              .00
CAPITAL ONE               UNSECURED       NOT FILED            .00              .00
COMCAST                   UNSECURED       NOT FILED            .00              .00
NCO FIN/99                UNSECURED       NOT FILED            .00              .00
COMMONWEALTH EDISON       NOTICE ONLY     NOT FILED            .00              .00
MIDLAND CREDIT MANAGEMEN  UNSECURED       NOT FILED            .00              .00
HSBC                      NOTICE ONLY     NOT FILED            .00              .00
NICOR                     UNSECURED       NOT FILED            .00              .00
SANFORD KAHN              UNSECURED       NOT FILED            .00              .00
ACTIVE COLL               UNSECURED       NOT FILED            .00              .00
VILLAGE OF BOLINGBROOK    UNSECURED       NOT FILED            .00              .00
ZALUTSKY & PINSKI LTD     DEBTOR ATTY        3,079.00                        414.00
TOM VAUGHN                TRUSTEE                                             36.00
DEBTOR REFUND             REFUND                                                 .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                     450.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                 414.00
TRUSTEE COMPENSATION                            36.00
DEBTOR REFUND                                     .00
                        ---------------   ---------------
TOTALS                      450.00              450.00


              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 18460 ROBERT A PATTERSON
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 09/24/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE